1 | JERRY Y. FONG, ESQ. (SBN 47556)
  | CAREY & CAREY
2 | 706 COWPER STREET
  | P.O. BOX 1040
3 | PALO ALTO, CA  94302-1040
  | 650/328-5510
4 | 650/853-3632 FAX

5 | Attorneys for Defendant
  | ANDREW LAU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-09-00035 JF |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |
| vs. | |
| ANDREW LAU, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between SUSAN KNIGHT, attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant ANDREW LAU, that the date set for judgment and sentence which is currently set for Wednesday, January 6, 2010, be continued to Wednesday, February 24, 2010, at 9:00 am.

This continuance is requested so that the government and defense can continue working toward a restitution amount.

///
///
///
///
///

In this regard, defense counsel has contacted the probation officer, Ms. Aylin Raya, and advised her of this request.

IT IS SO STIPULATED.

DATED: December 23, 2009          CAREY & CAREY

                                   /S/
                                   ───────────────────────────
                                   JERRY Y. FONG, Attorneys for
                                   Defendant JOSE BONILLA

DATED:   12/23  , 2009             UNITED STATES OF AMERICA

                                   /s/
                                   ───────────────────────────
                                   SUSAN KNIGHT
                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. ~~BONILLA~~ LAU currently set for January 6, 2010, be continued to Wednesday, February 24, 2010, at 9:00 am.

DATED:  1/4/10  , ~~2009~~        ───────────────────────────
                                   HON. JEREMY FOGEL
                                   U.S. DISTRICT COURT JUDGE