JERRY Y. FONG, ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
ANDREW LAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW LAU,<br><br>　　　　　　Defendant. | CASE NO. CR-09-00035 JF<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |

　　　ITS IS HEREBY STIPULATED, by and between SUSAN KNIGHT, attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant ANDREW LAU, that the date set for judgment and sentence which is currently set for Thursday, February 25, 2010, be continued to April 15, 2010, at 9:00 am.

　　　This continuance is requested so that the defense can address the claim for restitution recently submitted by the victim.

///

///

///

///

///

STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE  AND PROPOSED ORDER THEREON

1  In this regard, counsel for the government has left word for Waseem
2  Igbal, and advised him of this request.
3  IT IS SO STIPULATED.

5  DATED: February 19, 2010          CAREY & CAREY

7                                     /S/
                                    JERRY Y. FONG, Attorneys for
8                                   Defendant ANDREW LAU

10 DATED:  2/19   , 2010             UNITED STATES OF AMERICA

12                                    /s/
                                    SUSAN KNIGHT
13                                  Assistant U.S. Attorney

17                          ORDER
18  GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
19 and decreed, that the judgment and sentencing of Mr. LAU currently set for
20 February 25, 2010, be continued to Wednesday, April 15, 2010, at 9:00 am.

24 DATED:  3/4   , 2010              /s/ Jeremy Fogel
                                    HON. JEREMY FOGEL
25                                  U.S. DISTRICT COURT JUDGE