1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   ANDREW LAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-09-00035 JF |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |
| vs. | |
| ANDREW LAU, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between SUSAN KNIGHT, attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant ANDREW LAU, that the date set for judgment and sentence which is currently set for Thursday, April 15, 2010, be continued to April 29, 2010, at 9:00 am.

This continuance is requested because Mr. Lau's attorney, Jerry Fong, was recently called in to handle the bail hearing and related writ application issues in a case in which the bail for the defendant is set at $7.5 million. That case has taken (and is expected to continue to take) much of his time for the past two weeks. Accordingly, he needs more time to finish the sentencing memorandum and related pleadings, particularly as the substantial restitution calculation.

1  The US Attorney's Office agrees with the request for a short, two-week
2  continuance.  Similarly, Waseem Iqbal, the applicable probation officer, also
3  does not oppose the requested continuance.
4  IT IS SO STIPULATED.

6  DATED:  April 12, 2010           CAREY & CAREY

8                                    _____/S/_____
                                     JERRY Y. FONG, Attorneys for
9                                    Defendant ANDREW LAU

11 DATED:   April 12   , 2010       UNITED STATES OF AMERICA

13                                   _____/s/_____
                                     SUSAN KNIGHT
14                                   Assistant U.S. Attorney

18                                   ORDER
19  GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
20 and decreed, that the judgment and sentencing of Mr. LAU currently set for
21 April 15, 2010, be continued to Wednesday, April 29, 2010, at 9:00 am.

25 DATED:   4/13/10    , 2010       _____
                                     HON. JEREMY FOGEL
26                                   U.S. DISTRICT COURT JUDGE