1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   ANDREW LAU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-09-00035 JF |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |
| vs. | |
| ANDREW LAU, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between SUSAN KNIGHT, attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant ANDREW LAU, that the date set for judgment and sentence which is currently set for Thursday, April 29, 2010, be continued one week, to May 6, 2010, at 9:00 am.

This continuance is requested because Mr. Lau and his attorney just received (on Friday, April 23, 2010) certain documents relating to the victim's (Fairchild Semiconductor) calculation of its claim of loss (for restitution purposes), apparently prepared by the victim's counsel. These documents are new to Mr. Lau and his attorney and they show a calculation methodology with which Mr. Lau disagrees. The defense is preparing a response to said loss calculations and will need a short continuance of one week for the sentencing

hearing in order to properly present their response to the victim's calculations of loss. The difference between Mr. Lau's calculations and Fairchild's calculations are significant, and Mr. Lau respectfully requests the additional one week to present his arguments against Fairchild's calculations.

Ms. Susan Knight (AUSA), of the US Attorney's Office, agrees with the request for a short, one-week only continuance to May 6, 2010.

IT IS SO STIPULATED.

DATED: April 26, 2010          CAREY & CAREY

                                       /S/
                               _____
                               JERRY Y. FONG, Attorneys for
                               Defendant ANDREW LAU

DATED:   April 26  , 2010      UNITED STATES OF AMERICA

                                       /s/
                               _____
                               SUSAN KNIGHT
                               Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. LAU currently set for April ~~26~~ 29, 2010, be continued to Wednesday, May 6, 2010, at 9:00 am.

DATED:  4/28  , 2010           _____
                               HON. JEREMY FOGEL
                               U.S. DISTRICT COURT JUDGE